1020

*In the Matter of the Application for Relief from Personal Restraint of* JAVIER CORNELIO–HUERTA, *Petitioner.*

Appeal from a judgment of the Superior Court for Yakima County, No. 92–1–00589–7, F. James Gavin, J., entered December 29, 1995. *Granted* and *denied in part* by unpublished opinion per Sweeney, C.J., concurred in by Thompson and Schultheis, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY MAURICE SPEARS, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 93-1-01816-0, James M. Murphy, J., entered June 20, 1994. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Thompson, J.

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD K. TOWNSEND, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 91-1-00679-6, Robert Doran, J. Pro Tem, entered December 17, 1992. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Morgan and Bridgewater, JJ.